IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| CALVIN JAMES SMITH, *et al.*, | :    CASE NO: 7:23-cr-065 (WLS) |
| Defendants. | : |

## ORDER

By Order (Doc. 294) entered September 11, 2023, the Court deemed this case complex and excluded from computation under the Speedy Trial Act 18 U.S.C. § 3161. The Order further required the Parties to confer regarding scheduling deadlines to be set in this case and advised that the Court would set a scheduling conference by separate order.

Accordingly, to ensure the prompt disposition of justice in this matter, the Parties in the case are hereby **ORDERED** to submit a joint proposed scheduling order, no later **than fourteen (14) days** from the entry of this Order—which is to be e-mailed in Word format to the Clerk's Office mailbox: valdosta.ecf@gamd.uscourts.gov **[DO NOT E-FILE]**. The proposed scheduling order shall set forth the appropriate deadlines for discovery completion, notices, motions, and trial.

It is further **ORDERED** that Lead counsel for each Party and any unrepresented Party[1] shall appear **in-person** for the scheduling conference on **Wednesday, December 13, 2023 at 2:00 p.m.**

**SO ORDERED**, this 6th day of November 2023.

                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**

---

[1] As of November 2, 2023, the docket reflects that the following three Defendants have not made an initial appearance in this case: Maria Young Graham- 10, Charles Dunwoody-13, and Eddie Lee Harley-20. (*See* the docket).

1