IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : |
| **CALVIN JAMES SMITH, a/k/a "ROLLO",** *et al.*, | :    CASE NO: 7:23-cr-065 (WLS) |
| | : |
| **Defendants.** | : |
| _____ | : |

### ORDER

      This case was initiated on July 12, 2023, with a thirty-four count Indictment charging twenty defendants with Conspiracy to Possess with Intent to Distribute Controlled Substances, including methamphetamine, cocaine base, cocaine, and marijuana, among other charges involving distribution of and possession with intent to distribute controlled substances and firearm charges. (Doc. 1). The case was declared to be complex (Orders Docs. 294, 331, 365). By Order entered June 10, 2024 (Doc. 378), the status conference that was to be held on June 11, 2024, was rescheduled to August 21, 2024, at 2:00 p.m. The Government requested the continuance to permit the Government and Defendants, through their respective counsel, to negotiate plea offers and to allow Defendants' respective counsel to have the time necessary for them to review the plea agreements and discuss the evidence and sentencing guidelines with their clients.

      As noted, there are twenty Defendants in this case. All of which have the right to be present at all hearings before this Court, including the status conference scheduled for August 21, 2024.

      Accordingly, for the Court to conduct an orderly and efficient status conference and to ensure that the United States Marshals Service has information necessary to schedule and timely transport to this Court all Defendants who are presently being detained pending trial, to this Court for the August 21, 2024 hearing,

      It is hereby **ORDERED** that:

1. The Parties shall immediately confer, and on or before **Noon on Friday, August 16, 2024**, Government's counsel shall file a report listing the names of the Defendants whose cases will be discussed at the August 21, 2024 status conference, and whether each such Defendant is presently being detained.

2. With respect to any Defendants who are not presently detained, their respective counsel shall ensure that such Defendant appears for the status conference.

3. With respect to Defendants whose cases will not be discussed at the status conference, the report shall notify the Court of the status of such case.

**SO ORDERED**, this 13th day of August 2023.

                                       <u>**/s/ W. Louis Sands**</u>
                                       **W. LOUIS SANDS, SR. JUDGE**
                                       **UNITED STATES DISTRICT COURT**