IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> v.  : <br> : <br> **CALVIN JAMES SMITH, a/k/a** : <br> **"ROLLO",** *et al.*, : <br> : <br> **Defendants.** : <br> _____ : | **CASE NO:** <br> **7:23-cr-065-WLS-TQL-1** |

## ORDER

The rescheduled Status Conference for Defendant Calvin James Smith, a/k/a "Rollo" ("Defendant") was held on Tuesday, September 3, 2024. The Court enters this Order to memorialize the Status Conference and the Court's instructions given at the Status Conference.

Michael Granims, counsel for Defendant, confirmed that he had seen the Court's Order (Doc. 437) entered with respect to the Status Conference held August 21, 2024. Neither Defense Counsel nor Government's Counsel had any updates or requested changes to the deadlines set out in that Order.

Mr. Granims, however, notified the Court that Defendant wanted counsel to file two motions that Mr. Granims believes are frivolous, and that Defendant wished to personally address the Court with respect to those motions. The Court cautioned the Defendant regarding the loss of attorney/client confidentiality with respect to matters the Defendant discusses in open Court and the role of Defendant's counsel in advising Defendant and managing the legal proceedings. Further, while Defendant is in charge of his case, Mr. Granims is not required to file frivolous pleadings. As initially summarized by Mr. Granims and after further discussions with Defendant, the Court ascertained that the Defendant seeks to have Mr. Granims file a motion, based on what is commonly referred to as "sovereign citizen" or similar arguments, contesting the Court's jurisdiction over Defendant because the alleged criminal offenses did not occur on "federal land" but allegedly occurred in the State of Georgia. The Defendant's second proposed motion asserts that the Commerce Clause does

not vest Congress with authority to create criminal statutes under which Defendant could be charged.

To bring these matters before the Court for determination and to relieve Mr. Granims of concerns as to his responsibility to the Court to refrain from filing frivolous motions, the Court instructed Mr. Granims to file the motions requested by Defendant with consultation with Defendant.

Accordingly, the Court hereby **ORDERS** as follows:

1. On or before **Tuesday, September 17, 2024**, Defendant may file the above-described motions for the Court's consideration.

2. On or before **Tuesday, October 1, 2024**, the Government may file its response to such motions.

3. The Government should take the above deadlines into consideration in its proposal required by the Court's Order (Doc. 437) as to how the Government wishes to proceed with the trials of the Trial Defendants[1] in this matter.

**SO ORDERED**, this 3rd day of September 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Calvin James Smith a/k/a Rollo - #1; Bobby Leon Kaiser - #3; Calvin Smith Jr - #4; Joe Smith - #5; Vernardo Henley - #7; Maria Young Graham - #10; Christopher Fernander Martin - #12; Amjed Hasan Hajjaj - #14; and Yardley Payne - #18

2