IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : |
| **CALVIN JAMES SMITH, a/k/a "ROLLO",** *et al.*, | :    CASE NO: 7:23-cr-065 (WLS) |
| **Defendants.** | : |

### ORDER

By Order (Doc. 437) entered August 26, 2024, the Defendants were given until Wednesday, September 4, 2024, within which to file motions presenting *Bruton* issues to the Court. *Bruton* motions requesting severance of their cases from certain named or all co-defendants were filed by Defendants Calvin James Smith, a/k/a "Rollo" (#1) (Doc. 444); Bobby Leon Kaiser (#3) (Doc. 447); Calvin James Smith, Jr. (#4) (Doc. 443); Christopher Fernander Martin (#12) (Doc. 446); and Amjed Hasan Hajjaj (#14) (Doc. 448). The Court's August 26, 2024 Order also gave counsel for the Government until September 4, 2024, within which to file a proposal as to the order in which the Government wishes to proceed with the trials of Defendants whose cases have not been resolved. The Government's proposal was timely filed (Doc. 445) ("Proposal"), and as noted in the *Bruton* motions filed by some Defendants, the *Bruton* motions may need to be supplemented in response to the Proposal.

Accordingly, the Court hereby **ORDERS** as follows:

1. On or before **Monday, September 16, 2024**, Defendants may file a supplement to their respective *Bruton* motion.

2. On or before **Monday, September 23, 2024**, counsel for the Government shall file its response to the *Bruton* motions, as supplemented.

3. Except upon the filing of a written motion and entry of an order finding good cause, no further briefs shall be filed with respect to *Bruton* issues.

**SO ORDERED**, this 10th day of September 2024.

                                             /s/ W. Louis Sands
                                             **W. LOUIS SANDS, SR. JUDGE**
                                             **UNITED STATES DISTRICT COURT**