IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| CALVIN JAMES SMITH, a/k/a "ROLLO", *et al.*, | : CASE NO: 7:23-cr-065 (WLS) |
| | : |
| Defendants. | : |

### ORDER

This case was initiated on July 12, 2023, with a forty-three count Indictment charging twenty defendants with Conspiracy to Possess with Intent to Distribute Controlled Substances, including methamphetamine, cocaine base, cocaine, and marijuana, among other charges involving distribution of and possession with intent to distribute controlled substances and firearm charges. (Doc. 1). The case has been declared to be a complex case. (Orders Docs. 294, 331, 365).

The following ten Defendants ("Trial Defendants") were noticed for a Pretrial Conference in the above-captioned case to be held on Wednesday, November 13, 2024:

1. Calvin James Smith a/k/a Rollo - #1 ("Smith Sr.")
2. Bobby Leon Kaiser - #3 ("Kaiser")
3. Calvin Smith Jr - #4 ("Smith Jr.")
4. Vernardo Henley - #7 ("Henley")
5. Maria Young Graham - #10 ("Graham")
6. Christopher Fernander Martin - #12 ("Martin")
7. Amjed Hasan Hajjaj - #14 ("Hajjaj")
8. Willie Henry Keeley - #15 ("Keeley")
9. Yardley Payne - #18 ("Payne")
10. Eddie Lee Harley - #20 ("Harley")

Immediately prior to the Pretrial Conference, an Order (Doc. 560) was entered excusing Smith, Jr. (Doc. 560) from personally attending the conference. However, Smith Jr.'s counsel, Rick Collum, was present at the Pretrial Conference. The Court was notified through Hajjaj's counsel, Michael Wallace, that Hajjaj intended to enter into a plea agreement, and thus,

an Order (Doc. 561) was entered excusing Hajjaj and Mr. Wallace from attending the Pretrial Conference. By Order (Doc. 547), Keeley and his counsel were excused from attending the November 13, 2024 Pretrial Conference. The conference will be rescheduled as to Keeley, as appropriate. Further, Barry Debrow, Jr., counsel for Payne failed to appear at the Pretrial Conference, and such conference will be rescheduled as to Payne as appropriate.

The Court enters this Order to memorialize the Pretrial Conference and the Court's instructions given at the Pretrial Conference.

Government's Counsel, Monica Daniels, notified the Court that the Government desires to hold two trials as discussed below:

## I.   TRIAL ONE:

The following Defendants are proposed to be tried at Trial One:

1.   Calvin James Smith a/k/a Rollo - #1 ("Smith Sr.") – Counsel Michael Granims
2.   Bobby Leon Kaiser - #3 ("Kaiser") – Counsel Robert McLendon
3.   Vernardo Henley - #7 ("Henley") – Counsel William Folsom
4.   Christopher Fernander Martin - #12 ("Martin") – Counsel Kareem Todman

Trial One will begin on **Monday, January 13, 2025, at 8:30 a.m. in Valdosta, Georgia**. After discussion, the Court set aside two weeks for the trial. The Court notifies the Parties and Counsel that in keeping with the Court's usual practices, beginning on January 14, 2025, or such other date following jury selection, the trial will be held from 8:00 a.m. to 2:00 p.m. each day until the jury has heard all evidence and begins deliberations.

Subsequent to the Pretrial Conference, an ex parte hearing was held with respect to Defendant Bobby Leon Kaiser's Motion to Sever, as supplemented (Docs. 447, 464) ("Kaiser's Motion to Sever") and Defendant's Response to Court Order and Motion Requesting to Sever Trial, as amended (Docs. 446 & 449) ("Martin's Motion to Sever" and together with Kaiser's Motion to Sever, the "Motions to Sever"). In accordance with the Court's separate order entered simultaneously herewith, on or before Friday, December 13, 2024, Defendants Kaiser and Martin, through their respective counsel, shall file ex parte supplements refining their clients' arguments with respect to the Motions to Sever.

Mr. Folsom, counsel for Defendant Henley, notified the Court that he has not been able to access discovery in this matter. Government's Counsel shall cooperate with Mr. Folsom to ensure any discovery access issues are resolved. In the event discovery matters with

2

respect to Defendant Henley have not been resolved, Defendant Henley's Counsel shall apprise the Court of any outstanding discovery issues no later than Friday, December 13, 2024.

Upon review of the docket, the Court notes that neither Defendant Graham nor Defendant Payne filed all documents required by the Notice. Such documents are to be filed by the deadline noted below.

Opening and closing arguments, cross-examination of witnesses, and presentation of evidence by Defendants shall be done in the order in which the Defendants are listed in the Indictment.

## II.   TRIAL TWO:

The following Defendants are proposed to be tried at Trial Two:
1. Calvin Smith Jr  - #4 ("Smith Jr.") – Counsel Rick Collum
2. Maria Young Graham - #10 ("Graham") – Counsel Keith Fitzgerald
3. Yardley Payne - #18 ("Payne") – Counsel Barry Debrow, Jr.
4. Eddie Lee Harley - #20 ("Harley") – Counsel Oliver Register

Trial Two will begin on a date to be set and noticed by the Court, and the Court will set aside two weeks for the trial. The Court notifies the Parties and Counsel that in keeping with the Court's usual practices, beginning on the date following jury selection, the trial will be held from 8:00 a.m. to 2:00 p.m. each day until the jury has heard all evidence and begins deliberations.

Keith Fitzgerald, counsel for Defendant Graham, notified the Court that he may file a motion to sever on behalf of his client. Counsel shall do so no later than Friday, December 13, 2024.

The Court will resolve pending issues with respect to Defendant Harley's representation by present counsel or otherwise by separate order and/or hearing, if necessary or appropriate.

Upon review of the docket, the Court notes that neither Defendant Graham nor Defendant Payne filed all documents required by the Notice. Such documents are to be filed by the deadline noted below.

Accordingly, to assist the Court in the orderly and efficient trial(s) of the Trial Defendants, the Court hereby **ORDERS** as follows:

1. On or before **Monday, December 2, 2024**, counsel for all Defendants shall file, if they have not already done so, Proposed Jury Instructions/Requests to Charge and Proposed Voir Dire Questions.

2. On or before **Friday, December 13, 2024**, William Folsom, counsel for Defendant Henley shall file, if necessary, an appropriate document or motion to resolve any outstanding discovery issues. The Government shall file a response thereto within seven (7) days thereafter, but no later than **Friday, December 20, 2024**.

3. On or before **Friday, December 13, 2024**, Keith Fitzgerald, counsel for Defendant Graham, shall file, if he deems it appropriate, a motion to sever on behalf of his client. The Government shall file a response thereto within seven (7) days thereafter, but no later than **Friday, December 20, 2024**. Upon the Court's review of the motion and response, if necessary, the Court will schedule a hearing on Graham's motion to sever.

4. The Court notes that the Government has filed supplemental proposed forfeiture jury instructions and proposed special verdict forms regarding forfeiture with respect to Defendants Smith Sr. (Doc. 422) and Smith Jr. (Doc. 423). On or before **Monday, December 2, 2024**, the Government and Defendants Smith Sr. and Smith Jr. shall file such documents as they deem appropriate for the Court's consideration as to whether separate trials are necessary or appropriate to resolve forfeiture issues in this matter or how the Court should otherwise proceed regarding forfeiture.

5. Except upon the filing of a written motion and entry of an order finding good cause, no further briefs shall be filed with respect to the matters noted above.

6. A final Pretrial Conference with respect to Trial One will be held on **Tuesday, January 7, 2025, at 2:00 p.m., in <u>Albany, Georgia</u>**. Unless otherwise ordered by the Court, the following Defendants and their Counsel shall be present at such final Pretrial Conference:

    a. Calvin James Smith a/k/a Rollo - #1;
    b. Bobby Leon Kaiser - #3;
    c. Vernardo Henley - #7; and
    d. Christopher Fernander Martin - #12 ("Martin").

**SO ORDERED**, this 19th day of November 2024.

                                            /s/ W. Louis Sands
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**