**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.    : | |
| : | **CASE NO:** |
| : | **7:23-cr-065–WLS–TQL–01** |
| **CALVIN JAMES SMITH,** : | |
| **a/k/a "ROLLO",** : | |
| : | |
| : | |
| Defendant. : | |
| _____ : | |

### ORDER STRIKING CERTAIN PROPERTY LISTED IN THE FORFEITURE NOTICE OF THE INDICTMENT AS TO DEFENDANT CALVIN JAMES SMITH, A/K/A "ROLLO"

The United States' Motion to Strike Certain Property Listed in the Forfeiture Notice of the Indictment as to Defendant Calvin James Smith, a/k/a "Rollo" (Doc. 588) ("Motion to Strike") in the above-styled case having been read and considered, the Court finds the request to be reasonable and justified.

**THEREFORE, IT IS HEREBY ORDERED**, that the Motion to Strike (Doc. 588) is **GRANTED**. The following stolen property is struck from the Forfeiture Notice of the Indictment as to Defendant Calvin James Smith, a/k/a "Rollo" ("Smith Sr."), as it is no longer subject to judicial forfeiture, and shall be returned to administrative Claimant Marlie Daugherty when it is no longer needed as evidence: one (1) Taurus, Model: The Judge, .45/410 caliber revolver, Serial Number: JZ146454, with attached magazine.

**IT IS FURTHER ORDERED** that the following property listed in the Plea Agreement of related Defendant Lyric Ameire Linder, in Middle District of Georgia, Criminal Case No.: 7:23-CR-66, is struck from the Forfeiture Notice of the Indictment as to Defendant Smith Sr. in the above-captioned case, but remains subject to criminal forfeiture under Criminal Case No.: 7:23-CR-66, to wit:

**FIREARMS/MAGAZINES/AMMUNITION**

A. One (1) Beretta, Model: 92FS, 9mm semiautomatic pistol, Serial Number: C28582Z;

B. One (1) Glock, Model: 44, .22 caliber pistol, Serial Number: AGXV253;

  C. One (1) Taurus, Model: PT24/7 G2 C, .45 caliber pistol, Serial Number: NFP82892;

  D. One (1) magazine with five (5) rounds of .45 caliber ammunition;

  E. One (1) partially loaded magazine and two (2) boxes of .22 caliber ammunition;

  F. One (1) extended gun magazine; and

  G. One (1) Glock gun box.

**IT IS FURTHER ORDERED** that the following property shall remain listed in the Forfeiture Notice of the Indictment as to Defendant Smith Sr. and is subject to forfeiture in this criminal case, to wit: one (1) Charter Arms, Model: The Pink Lady, .38 special caliber revolver, Serial Number: 92498; and five (5) rounds of .38 SPL ammunition.

**IT IS FURTHER ORDERED** that Defendant Smith Sr. shall have fourteen (14) days from entry of this Order within which to file any objection to the findings and order herein. Any such objection shall be accompanied by a supporting brief. Responses by any party may be filed within seven (7) days following any objection by Defendant Smith Sr.

**SO ORDERED**, this 10th day of December 2024.

            /s/ W. Louis Sands
            **W. LOUIS SANDS, SR. JUDGE**
            **UNITED STATES DISTRICT COURT**