IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO:** |
| : | **7:23-cr-065–WLS–ALS** |
| **CALVIN JAMES SMITH, a/k/a** : | |
| **"ROLLO",** *et al.***,** : | |
| : | |
| **Defendants.** : | |
| _____ : | |

### ORDER

The trial of Defendants Vernardo Henley ("Henley"), Calvin James Smith a/k/a Rollo ("Smith Sr."), and Bobby Leon Kaiser began January 13, 2025. The morning trial began, the Court was advised that Henley notified his counsel, William Folsom, that he wanted to fire Mr. Folsom as his counsel. The Court held an in-chambers conference, and by Order (Doc. 659) entered January 14, 2025, the Court found that Henley failed to show adequate reason to replace his counsel, or to continue the trial of his case.

The morning of January 15, 2025, Henley again complained to the Court that Mr. Folsom has not effectively negotiated a plea agreement for Henley. The Court once again discussed this issue with Henley, Mr. Folsom, and Government's Counsel, Assistant United States Attorney, Monica Daniels. Ms. Daniels confirmed that a plea agreement was extended to Henley. Because Henley disagreed with the facts in the plea agreement which the Government could prove, Henley chose not to proceed with the agreement. Henley's dissatisfaction with Mr. Folsom's representation appears to rest on an unrealized expectation that the Government would offer a better deal. However, the Government is not required to propose a plea agreement satisfactory to Henley. Mr. Folsom advised Henley of the potential terms of imprisonment if he goes to trial, and he is found guilty. Without entering into a plea agreement or a plea of guilty to all charges, Henley's only choice is to go to trial. Merely because Henley does not like his choices or does not like the advice given to him by Mr. Folsom, is not a legal basis for the Court to terminate Mr. Folsom's representation of Henley.

The Court finds that Henley has not presented any additional information than what he presented to the Court on January 13, 2025.

Accordingly, for the reasons stated on the record at the January 15, 2025 hearing, and for the reasons stated in the Court's Order (Doc. 659) entered January 14, 2025, Mr. Folsom shall continue to represent Henley in this matter, and trial shall proceed as noticed and scheduled. Defendant has failed to show adequate reason to replace his counsel, or to continue the trial of his case.

**SO ORDERED**, this 15th day of January 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**