IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> v. : <br> : <br> : <br> **CALVIN JAMES SMITH, a/k/a** : <br> **"ROLLO",** *et al.,* : <br> : <br> : <br> **Defendants.** : <br> _____ : | **CASE NO:** <br> **7:23-cr-065–WLS–ALS** |

## ORDER

The trial of Defendants Vernardo Henley ("Henley"), Calvin James Smith a/k/a Rollo ("Smith Sr."), and Bobby Leon Kaiser began January 13, 2025. On January 14, 2025, Robert McLendon, counsel for Kaiser, moved orally for a mistrial on behalf of Kaiser based on Panel Juror # 30 stating in open court during jury voir dire that drugs were a major cause of her cousin's death. Mr. McLendon argued that this event tarnished the entire jury panel and moved for a mistrial.

With respect to Juror #30's statements regarding the death of her cousin, the Court notes that it is, unfortunately, common knowledge that individuals may die from the use of drugs and finds that Juror #30's statements regarding the death of a cousin do not constitute cause for a mistrial.

Accordingly, Kaiser's oral motion for mistrial is **DENIED**

Mr. McLendon further notified the Court that during a break in the jury selection process he believed he heard one of the jurors, identified as Juror # 65, mention her concern about the number of charges in this case. The Court immediately held an in-chambers conference with Juror #65 to determine the extent of such conversation. Counsel for all parties was present during the discussion. The Court had previously instructed the jury panel not to discuss the case with each other or anyone else. Juror #65 confirmed she understood the instruction. She indicated that she merely observed that there were a lot of charges in the

case, but there was no discussion regarding the case. Thus, the Court determined that no misconduct had not occurred.

**SO ORDERED**, this 15th day of January 2025.

                                              /s/W. Louis Sands
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**